**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HYDROMAT, INC., | ) |
| | ) |
|     Petitioner, | ) |
| | )   Case No. 1:24-mc-91476-DJC |
| v. | ) |
| | ) |
| HOLOGIC, INC., | ) |
| | ) |
|     Respondent. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Petitioner Hydromat, Inc. ("Hydromat")

hereby discloses the following:

In response to Fed. R. Civ. P. 7.1(a)(1), Hydromat states that it has no parent companies

and is not publicly traded. In response to Fed. R. Civ. P. 7.1(a)(2), Hydromat states that it is a

Missouri corporation with its principal place of business in Missouri.

Dated: September 27, 2024                 Respectfully submitted,

                                   **STINSON LLP**

                                   */s/ Alexander C. Barrett*
                                   Alexander C. Barrett (BBO#688789)
                                   230 W. McCarty Street
                                   Jefferson City, MO 65101
                                   Tel:  (573) 636-6263
                                   Email: alexander.barrett@stinson.com

                                   Barry L. Haith (*Pro Hac Vice* Forthcoming)
                                   Jonathan R. Waldron (*Pro Hac Vice* Forthcoming)
                                   Jacob R. Schlueter (*Pro Hac Vice* Forthcoming)
                                   7700 Forsyth Blvd., Suite 1100
                                   St. Louis, MO 63105
                                   Tel:  (314) 863-0800
                                   Email:  barry.haith@stinson.com
                                   Email:  jonathan.waldron@stinson.com
                                   Email:  jacob.schlueter@stinson.com

                                   *Attorneys for Petitioner Hydromat, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the CM/ECF system on September 27, 2024 and will be sent electronically to the registered participants as identified on the NEF.

I further certify that a true and correct copy of this document was sent via e-mail to the following counsel representing Respondent Hologic, Inc. on September 27, 2024:

Jeffrey Simon
Jake Reinig
Husch Blackwell, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
jeff.simon@huschblackwell.com
jake.reinig@huschblackwell.com

The above-listed counsel for Respondent agreed on September 24, 2024 to accept service of the Petition and related pleadings in this matter by email and such pleadings were sent on to the above-listed counsel on that date. Petitioner has sent waiver-of-service forms to Respondent and will file such forms pursuant to the Court's September 18, 2024 order upon receiving them from Respondent.

/s/ *Alexander C. Barrett*
*Attorney for Petitioner*